```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 04703
   HAROLD JOHNSON
   DENISE JACKSON                              CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-8621    SSN XXX-XX-2462

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/29/2008 and was confirmed 05/08/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI  CURRENT MORTG         .00             .00           .00
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE    15619.43             .00           .00
MORTGAGE ELECTRONIC SYS   NOTICE ONLY    NOT FILED             .00           .00
BROTHER LOAN & FINANCE C  UNSEC W/INTER      246.85             .00           .00
LVNV FUNDING              UNSEC W/INTER      580.85             .00           .00
HOLLY CROSS HOSPITAL      UNSEC W/INTER  NOT FILED             .00           .00
FINGERHUT                 UNSEC W/INTER  NOT FILED             .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     1920.94             .00           .00
LENDER SIR FINANCE CORP   UNSEC W/INTER  NOT FILED             .00           .00
MARSHALL FIELDS           UNSEC W/INTER  NOT FILED             .00           .00
SAMS CLUB                 UNSEC W/INTER  NOT FILED             .00           .00
SBC AMERITECH             UNSEC W/INTER  NOT FILED             .00           .00
PREMIER BANKCARD          UNSEC W/INTER  NOT FILED             .00           .00
EXEL TELECOMMUNICATIONS   UNSEC W/INTER  NOT FILED             .00           .00
MARTIN J OHEARN           DEBTOR ATTY      3,000.00                       2,208.00
TOM VAUGHN                TRUSTEE                                           192.00
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   2,400.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   2,208.00
TRUSTEE COMPENSATION                               192.00
DEBTOR REFUND                                         .00
                          ---------------    ---------------
TOTALS                    2,400.00               2,400.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 04703 HAROLD JOHNSON & DENISE JACKSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE